82 F.3d 409
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Richard Curtis BRAXTON, III, Petitioner-Appellant,
v.
STATE of Maryland; Attorney General of the State of
Maryland, Respondents-Appellees.
 No. 95-7963.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 21, 1996.
Decided April 12, 1996.
 
 D.Md.
 DISMISSED.
 Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-95-921-DKC)
 Richard Curtis Braxton, III, Appellant Pro Se. David Phelps Kennedy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.
 Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Braxton v. Maryland, No. CA-95-921-DKC (D.Md. Nov. 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED